FILED

08 FEB 20 PM 12: 19

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY    cf
                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08 CR 0447 H |
| --- | --- |
| Plaintiff, | ) **I N D I C T M E N T** |
| v. | ) Title 18, U.S.C., Secs. 922(g)(1) and 924(a)(2) – Felon in Possession of a Firearm; |
| SCOTT STEVEN SCILAGYI, | ) Title 21, U.S.C., Secs. 952 and 960 – Importation of Marijuana; |
| Defendant. | ) Title 18, U.S.C., Sec. 3146 – Bail Jumping (Felony) |

The grand jury charges:

## Count 1

On or about December 7, 2007, within the Southern District of California, defendant SCOTT STEVEN SCILAGYI, being a person who had previously been convicted in a court, that is, the Superior Court of California, County of Visalia, of a crime punishable by imprisonment for a term exceeding one year, that is, on or about September 1, 2000, of Grand Theft, in violation of California Penal Code 487(A), did knowingly and unlawfully possess in and affecting commerce a firearm, that is, a Derringer 38 caliber handgun, model 38; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

//

WDK:em:San Diego
2/13/08

## Count 2

On or about December 7, 2007, within the Southern District of California, defendant SCOTT STEVEN SCILAGYI did knowingly and intentionally import approximately 18 grams (approximately .04 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

## Count 3

On or about January 8, 2008, within the Southern District of California, defendant SCOTT STEVEN SCILAGYI did knowingly fail to appear as required before the United States District Court in San Diego, California, after having been released on or about December 21, 2007, pursuant to the Bail Reform Act of 1984 (Title 18, United States Code, Sections 3141-3150) in connection with the following felony charges:

A.  Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1), and;

B.  Importation of a Controlled Substance, in violation of Title 21, United States Code, Sections 952 and 960;

All in violation of Title 18, United States Code, Section 3146.

DATED: February 20, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DOUGLAS KEEHN
Assistant U.S. Attorney