# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
SCOTT STEVEN SCILAGYI(1)

**WARRANT FOR ARREST**

CASE NUMBER: 07MJ2852-BLM

08CR0447 H

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _SCOTT STEVEN SCILAGYI(1)_
                                                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [X] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

FAILURE TO APPEAR PURSUANT TO ORDER OF THE COURT

DATE 02/02/2008
ARRESTED BY Dinuba P.D.
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY Cesar O. Martin

RECEIVED 2008 JAN -8 A 11: 12 U.S. MARSHAL SOUTHERN DISTRICT OF CA

In violation of Title _See Above_ United States Code, Section(s)

W. Samuel Hamrick, Jr. | Clerk of the Court
Name of Issuing Officer | Title of Issuing Officer

Signature of Deputy  M. Behning | 01/08/2008 SAN DIEGO, CA
                                  Date and Location

Bail fixed at $ _NO BAIL_ by _The Honorable BARBARA L. MAJOR_
                                    Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS I 'B' (FTA)     CASERTA     DUE 1/11

SCILAGYI, Scott 07MJ2852 BLM