1  **NORMA A. AGUILAR**
   Federal Defenders of San Diego, Inc.
2  California State Bar No. 211088
   225 Broadway, Suite 900
3  San Diego, CA 92101-5030
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: norma_aguilar@fd.org

5  Attorneys for Mr. Scilagyi,

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE MARILYN L. HUFF)**

11 UNITED STATES OF AMERICA,        )   CASE NO. 08CR0447-MLH
                                    )
12                     Plaintiff,   )   DATE:  APRIL 1, 2008
                                    )   TIME:  2:00 P.M.
13 v.                               )
                                    )   NOTICE OF MOTIONS AND MOTIONS TO:
14 SCOTT STEVEN SCILAGYI,           )
                                    )   (1)   DISMISS THE INDICTMENT FOR
15                     Defendant.   )         GRAND JURY VIOLATION;
                                    )   (2)   SUPPRESS STATEMENTS;
16                                  )   (3)   COMPEL DISCOVERY/PRESERVE
                                    )         EVIDENCE; AND
17                                  )   (4)   GRANT LEAVE TO FILE FURTHER
                                    )         MOTIONS
18 _____  )

19 TO:    KAREN HEWITT, UNITED STATES ATTORNEY, AND
          RANDY JONES, ASSISTANT UNITED STATES ATTORNEY:
20

21         PLEASE TAKE NOTICE that on April 1, 2008 at 2:00 p.m., or as soon thereafter as counsel may

22 be heard, defendant, Scott Steven Scilagyi, by and through his attorney,  Norma A. Aguilar, and Federal

23 Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

24 //

25 //

26 //

27 //

28 //

                                                                            08CR0447-MLH

1

## MOTIONS

2

Defendant, Scott Steven Scilagyi, by and through his attorney, Norma A. Aguilar and Federal

3

Defenders of San Diego Inc., asks this Court pursuant to the United States Constitution, the Federal Rules

4

of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

5

    (1)      Dismiss the Indictment for Grand Jury Violation;
    (2)      Suppress Statements;

6

    (3)      Compel Discovery/Preserve Evidence; and
    (4)      Grant Leave to File Further Motions.

7

8

These motions are based upon the instant motions and notice of motions, the attached statement of

9

facts and memorandum of points and authorities, the files and records in the above-captioned matter, and

10

any and all other materials that may come to this Court's attention prior to or during the hearing of these

motions.

11

12

Respectfully submitted,

13

Dated: March 18, 2008

/s/ Norma A. Aguilar
**NORMA A. AGUILAR**

14

Attorney for Mr. Scilagyi
norma_aguilar@fd.org

15

16

17

18

19

20

21

22

23

24

25

26

27

28