UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08CR0447-MLH |
| | ) | |
| v. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| SCOTT STEVEN SCILAGYI, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

>   Randy Jones, Assistant United States Attorney
>   880 Front Street
>   San Diego, CA  92101

Dated: March 18, 2008

>   /s/Norma A. Aguilar
>   **NORMA A. AGUILAR**
>   Federal Defenders
>   225 Broadway, Suite 900
>   San Diego, CA 92101-5030
>   (619) 234-8467  (tel)
>   (619) 687-2666  (fax)
>   Email: norma_aguilar@fd.org